**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| TIMOTHY W. KAHN, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08-476C |
| | ) | (Judge Horn) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION**
**FOR AN ENLARGEMENT OF TIME TO FILE RESPONSE TO COMPLAINT**

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant respectfully requests an enlargement of time of 35 calendar days, to and including October 3, 2008, within to file its response to the complaint. Our answer presently is due on August 29, 2008. This is defendant's first request for an enlargement of time. Plaintiff's counsel has indicated that plaintiff opposes this motion.

The additional time is required for undersigned counsel to adequately prepare and file the Government's response to the complaint. Mr. Kahn alleges that she worked for the United States Public Health Service Commissioned Corps ("PHS") and was assigned to positions with the Immigration and Naturalization Service.[1] Undersigned counsel has not yet received a litigation report from either agency. Counsel for both agencies are currently assembling those reports. Upon receiving litigation report and administrative record, the Department of Justice will need to review the information, and prepare the appropriate response to plaintiff's complaint.

---

[1] On March 1, 2003, the immigration enforcement functions of the Immigration and Naturalization Service were transitioned from the Department of Justice into the Department of Homeland Security, Immigration and Customs Enforcement.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Deputy Director

s/ Scott T. Palmer
SCOTT T. PALMER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 616-2377

August 20, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 20th day of August 2008, a copy of the foregoing "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO FILE RESPONSE TO COMPLAINT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Scott T. Palmer
SCOTT T. PALMER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice