# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *

**TIMOTHY W. KAHN,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**No. 08-476C**
**Filed: August 20, 2008**

**O R D E R**

The court is in receipt of the defendant's August 20, 2008 motion for an enlargement of time of 35 days, to and including October 3, 2008, within which to file its response to the plaintiff's complaint. Although plaintiff objects to the enlargement, in order for the court to receive a thorough response, the defendant's motion is **GRANTED**. Defendant shall file its response to plaintiff's complaint on or before **Friday, October 3, 2008**. In its response, defendant also shall address what, if any, differences exist between the plaintiff's present claim and the claim filed by plaintiff on April 9, 2003 (No. 03-724C), which was dismissed, without prejudice, by the court.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**